No. 98–6322.   SLACK v. McDANIEL, WARDEN, ET AL.   C. A. 9th Cir.   [Certiorari granted, 525 U. S. 1138.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–62.   SANTA FE INDEPENDENT SCHOOL DISTRICT v. DOE, INDIVIDUALLY AND AS NEXT FRIEND FOR HER MINOR CHILDREN, ET AL.   C. A. 5th Cir.   [Certiorari granted, *ante*, p. 1002.]   Motion of Rutherford Institute for leave to file a brief as *amicus curiae* granted.

No. 99–166.   UNITED STATES v. HUBBELL.   C. A. D. C. Cir. [Certiorari granted, *ante*, p. 926.]   Motion of United States Department of Justice for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 99–1112.   MILLER, ATTORNEY GENERAL OF IOWA v. PLANNED PARENTHOOD OF GREATER IOWA, INC., ET AL.   C. A. 8th Cir.   Motion of respondents to expedite consideration of petition for writ of certiorari denied.

No. 99–6615.   WILLIAMS v. TAYLOR, WARDEN.   C. A. 4th Cir. [Certiorari granted, *ante*, p. 960.]   Motions of American Civil Liberties Union et al., Legal Ethics Professors et al., and Virginia College of Criminal Defense Attorneys et al. for leave to file briefs as *amici curiae* granted.

No. 99–6988.   CHOUDHARY v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 1st Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until February 8, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 99–7439.   IN RE MILLER;
No. 99–7498.   IN RE SCHIANO;
No. 99–7512.   IN RE LEGRANDE; and
No. 99–7580.   IN RE CORNELL.   Petitions for writs of habeas corpus denied.

No. 99–7022.   IN RE WEAVER;
No. 99–7284.   IN RE MOSBY; and
No. 99–7319.   IN RE KENNEDY.   Petitions for writs of mandamus denied.